UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JAMES HACKNEY     PLAINTIFF

v.     CIVIL ACTION NO. 3:12-CV-00170-CRS

LINCOLN NATIONAL LIFE     DEFENDANTS
INSURANCE COMPANY, ET AL.

## ORDER AND JUDGMENT

Therefore, motion having been made and for the reasons set forth by separate Memorandum Opinion, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that **JUDGMENT** is entered in this action as follows:

(1) Defendant Lincoln National Life Insurance Co.'s motion for summary judgment (DN 81) is **GRANTED**, and the Second Amended Complaint (DN 80) of Plaintiff James Hackney is **DISMISSED** with prejudice.

(2) There being no just reason for delay in its entry, this shall constitute the final judgment of the Court.

**IT IS SO ORDERED.**

May 13, 2015

Charles R. Simpson III, Senior Judge
United States District Court